UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14054-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DUSTIN SINGLETON**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard on Defendant Singleton's Expedited Motion to Compel Discovery [ECF No. 87]. On February 3, 2023, Magistrate Judge Maynard held an Evidentiary Hearing on the Expedited Motion to Compel Discovery [ECF No. 68]. The Court has reviewed the Report and Recommendation [ECF No. 87], the Government's Notice of No Objections to the Report [ECF No. 88], Defendant's Objections to the Report [ECF No. 90], and the full record. Following such review, including Defendant's Objections [ECF No. 90] and Magistrate Judge's credibility determinations as stated in the Report and Recommendation, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 87] is **AFFIRMED AND ADOPTED**.

2. The Expedited Motion to Compel [ECF No. 68] is **DENIED AS MOOT** and/or otherwise **DENIED** for the sound reasons stated in the Report and Recommendation [ECF No. 87].

CASE NO. 22-14054-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of February 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record