UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14054-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DUSTIN SINGLETON**,

    Defendant.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Supplemental Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard [ECF No. 115], which corrected two inaccuracies in an earlier Report adopted by the Court [ECF No. 97 (adopting ECF No. 87)]. The Court has reviewed the Supplemental Report and Recommendation [ECF No. 115], the Government's Notice of No Objections to the Report [ECF No. 116], Defendant's Objections [ECF No. 127], and the full record. Following such review, and the interests of clarifying and preserving the record in this case, it is **ORDERED AND ADJUDGED** as follows:

1. The Supplemental Report and Recommendation [ECF No. 115] is **AFFIRMED AND ADOPTED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of March 2023.

                                                    **AILEEN M. CANNON**
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record