UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14048-CR-CANNON
CASE NO. 22-14054-CR-CANNON

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**ELIJAH DANIEL SHAW,**
**DUSTIN SINGLETON,**

      Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO
RESCHEDULE SENTENCING HEARINGS**

**THIS MATTER** comes before the Court upon the Government's Unopposed Motion to Reschedule Sentencing Hearings, filed in both cases listed above [ECF No. 177 (Case No. 22-14054-CR); ECF No. 267 (Case No. 22-14048-CR)]. Being fully advised, it is,

**ORDERED AND ADJUDGED** that the Motions are **GRANTED**. The Sentencing Hearings are hereby reset as follows:

1. Defendant Dustin Singleton's sentencing hearings in both cases (22-14048-CR and 22-14054-CR) are reset for 9:30 a.m. on Tuesday, August 29, 2023.

2. Defendant Elijah Shaw's (22-14048-CR) sentencing is reset for 1:30 p.m. on Tuesday, August 29, 2023.

3. No additional changes to these dates will be permitted.

CASE NO. 22-14048-CR-CANNON / CASE NO. 22-14054-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of July 2023.

                                                   **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record